KEYES, Respondent, v. CARLTON, et al, Appellants.

(221 N. W. 24.)

(File No. 6717. Opinion filed September 22, 1928.)

See, also, 221 N. W. 23.

R. P. Carlton and Irving R. Crawford, both of Huron, for Appellants.

PER CURIAM. In the above cause an appeal is sought to be taken from a part of a judgment of the circuit court filed and entered on July 1, 1927. Certified copy of notice of appeal was filed in this court on April 20, 1928, and the original notice of appeal on the 24th of May, 1928. There has been no extension of time, and no brief has been filed by appellant.

Therefore, pursuant to rule 5 of this court, the appeal must be deemed abandoned, and the judgment appealed from is affirmed.